UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11CV240-RJC

| | |
|---|---|
| DWIGHT WHITE, | ) |
| Petitioner, | ) |
| v. | ) **O R D E R** |
| ROBERT G. JONES, | ) |
| Respondent. | ) |

**THIS MATTER** comes before the Court on initial review of Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed September 19, 2011 (Doc. No. 1.) For the reasons set forth herein, the Plaintiff's Complaint will be <u>transferred</u> to the federal District Court for the Middle District of North Carolina.

Dwight White, a state prisoner, was convicted pursuant to a guilty plea in Cabarrus County, which is located in the Middle District of North Carolina. The joint order among the three federal district courts within North Carolina directs transfer of federal habeas petitions to the federal district which encompasses the petitioner's county of conviction. (Signed 10/5/1966).

Therefore, in accordance with the provisions of 28 U.S.C. § 2241(d) and in accordance with the joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina, the Clerk is directed to transfer the record of this proceeding, in its entirety, to the United States District for the Middle District of North Carolina. The Clerk is further directed to close the matter within this district.

1

Signed: September 21, 2011

Robert J. Conrad, Jr.
Chief United States District Judge